UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MYRA L. WILMORE,** | ) |
| **Plaintiff,** | ) Case No. CV 12-02462 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that the defendant's decision is affirmed.

January 9, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge